# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No.95-30794
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD GONZALES,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Louisiana
(94-CR-266 R)

January 25, 1996

Before POLITZ, Chief Judge, JONES and WIENER, Circuit Judges.

PER CURIAM:*

Leonard Gonzales contends on appeal that the district court erred in determining his sentence by (1) increasing his offense level based on a finding that he had a supervisory role in the offense, and (2) by ordering that he pay the sum of $48,559 in restitution to his victim. Our review of the record discloses neither reversible error nor abuse of discretion.

The sentence appealed is AFFIRMED.

---

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.